In the Matter of the Application of MEYER H. MENCHER, a Voter, Appellant, for an Order to Strike from the Register of Voters of the Fifteenth Election District of the Second Assembly District of the County of New York the Names of ALEXANDER ANDERSON and Others, Respondents, Unlawfully Thereon, Pursuant to Section 331 of the Election Law.

In the Matter of the Application of MEYER H. MENCHER, a Voter, Appellant, for an Order to Strike from the Register of Voters of the Twenty-fifth Election District of the First Assembly District of the County of New York the Names of ROBERT HALL and Others, Respondents, Purporting to Reside at Nos. 7 to 25, Inclusive, Bowery, Borough of Manhattan, City of New York, Unlawfully Thereon, Pursuant to Section 331 of the Election Law.

First Department, November 1, 1935.

*Paul L. Ross* of counsel, for the appellant.

*John T. Dooling* of counsel, for the respondents.

*Seymour B. Quel* of counsel [*Paul Windels, Corporation Counsel*], for the Board of Elections of the City of New York.

PER CURIAM. These proceedings were not properly brought. The order to show cause, together with the petition, was not served on any of the registered electors, nor a copy left for him as required by the direction of the court.

One order to show cause was served on the person in charge of the premises, with a mailed notice to each elector of intent to apply to have his name stricken from the rolls of voters. This was not in accord with the directions for service by the court. The petitions, too, are wholly on information and belief, without source or grounds shown. These are, therefore, entirely inadequate to justify striking out names of electors from the registry.

We think that the orders should be affirmed.

Present — MARTIN, P. J., McAVOY, O'MALLEY, TOWNLEY and GLENNON, JJ.

In first proceeding: Order affirmed.
In second proceeding: Order affirmed.